No. 75–1491. PACIFIC LEGAL FOUNDATION ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. Ct. App. D. C. Motion of New Mexico Cattle Growers Assn. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 75–1218. RUSSO *v.* UNITED STATES, 426 U. S. 906. Petition for rehearing denied.